**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WILLIAM H. SCOTT | : No. 146 MM 2018 |
| v. | : |
| TRAVELERS COMMERCIAL INSURANCE COMPANY | : |
| PETITION OF: UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of October, 2018, the Petition for Certification of Question of Law is GRANTED. This Court shall consider the following issue:

> Whether, under Pennsylvania law, a contractual provision in a motor vehicle insurance policy that requires an insured to submit to an independent medical examination by a physician selected by the insurer, when and as often as the insurer may reasonably require, as a condition precedent to the payment of first -party medical benefits under that policy, conflicts with the Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. §1796(a), and is therefore void as against public policy.

> The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.